### GARCIA vs. SILVA & AL.

A shipper cannot demand the delivery of his goods, if the landing of them would expose the vessel to seizure.

APPEAL from the court of the parish and city of New-Orleans.

A shipper cannot demand the delivery of his goods, if the landing of them would expose the vessel to seizure.

PORTER, J. delivered the opinion of the court. This case presents the same questions as that just decided between the defendants and Patron.

It is therefore ordered, adjudged and decreed, that the judgment of the parish court be annulled, avoided and reversed, and that there be judgment for defendants with costs in both courts.